STATE OF NEW JERSEY v. DENNIS METCALF.

Oct. 30, 1979.   Petition for certification denied.   (See 168 N.J.Super. 375)

STATE OF NEW JERSEY v. JOSEPH DRUMGOOLE.

Oct. 30, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JOHN REDDIN.

Oct. 30, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. JAMES N. FORVOUR.

Oct. 30, 1979.   Petition for certification denied.

BOROUGH OF MORRIS PLAINS v. DEPT. OF THE PUBLIC ADVOCATE, STATE OF NEW JERSEY.

Oct. 30, 1979.   Petition for certification denied.   (See 169 N.J.Super. 403)

NEW JERSEY INSURANCE UNDERWRITING ASSOCIATION v. THE ALAMO, INC.

Oct. 30, 1979.   Petition for certification denied.